United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPRIC K. BLOODSAW,<br><br>   Plaintiff,<br><br>vs.<br><br>R. K. BELL, et al.,<br><br>   Defendant(s). | No. C 08-04839 JF (PR)<br><br>ORDER OF DISMISSAL;<br>DENYING APPLICATION TO<br>PROCEED *IN FORMA PAUPERIS* |

Plaintiff, a California state prisoner and frequent litigant in this Court, filed a document on October 22, 2008, which the Clerk of the Court construed as a civil rights complaint under 42 U.S.C. § 1983 and filed in a new case with the above-captioned case number. Although the document was a form civil rights complaint, Plaintiff indicated thereon that it was in fact a response to an order to show cause that the Court had issued in one of Plaintiff's prior cases.[1] The Court has addressed this response in a separate order filed in those cases.

As the above-captioned case was inadvertently opened based on a filing that is not a complaint or other pleading intended to be filed in a new matter, the above-

---

[1] Case Nos. 08-3156, 08-315, 08-3621, 08-3622, 08-3724, 08-3772, and 08-3855.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw4839_dismissal.wpd

captioned case is hereby DISMISSED.  Plaintiff is not required to pay a filing fee in either of the above-captioned cases, and his application to proceed in forma pauperis filed therein is DENIED as moot.

The Clerk shall close the file and terminate all pending motions.

IT IS SO ORDERED.

DATED: 11/4/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw4839_dismissal.wpd      2